```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 11935
    ARTHUR BRADFORD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-2249


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  45.00%.

     The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
MIDFIRST BANK                 CURRENT MORTG        .00             .00             .00
RESURGENT CAPITAL SERVIC      UNSECURED       10745.70             .00             .00
BANK OF AMERICA               UNSECURED       NOT FILED            .00             .00
BANK ONE                      UNSECURED       NOT FILED            .00             .00
B-REAL LLC                    UNSECURED       19980.81             .00             .00
NATIONAL CAPITAL MGMT LL      UNSECURED        1540.82             .00             .00
CITIBANK                      UNSECURED       NOT FILED            .00             .00
CITIBANK                      UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP         UNSECURED        9663.59             .00             .00
ECAST SETTLEMENT CORP         UNSECURED       20358.74             .00             .00
MIDFIRST BANK                 MORTGAGE ARRE    567.98              .00             .00
ECAST SETTLEMENT CORP         UNSECURED       12296.12             .00             .00
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY     3,434.00                        2,649.19
TOM VAUGHN                    TRUSTEE                                           212.26
DEBTOR REFUND                 REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,861.45

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,649.19
TRUSTEE COMPENSATION                          212.26
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS                 2,861.45             2,861.45


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11935 ARTHUR BRADFORD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 11935 ARTHUR BRADFORD